## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 HEALTH & WELFARE FUND, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 PENSION PLAN, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 PROFIT SHARING PLAN, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 JOINT APPRENTICESHIP AND TRAINING PLAN, LABOR MANAGEMENT COOPERATIVE COMMITTEE, and LOCAL UNION 98 OF THE INTERNATION BROTHERHOOD OF ELECTRICAL WORKERS, <br>              **Plaintiffs,** <br><br>     v. <br><br> **LYNDEE CORPORATION and JAMES MACCOCIA,** <br>              **Defendants.** | CIVIL ACTION <br><br><br> NO. 25-4271 |

## O R D E R

**AND NOW**, this 14th day of July, 2026, upon consideration of Plaintiff/Counterclaim Defendant Local Union 98 of the International Brotherhood of Electrical Workers' ("Local 98") Motion for Judgment on the Pleadings (ECF No. 14), Defendant/Counterclaim Plaintiff Lyndee Corporation's ("Lyndee") opposition thereto (ECF No. 20), and Local 98's reply in support (ECF No. 21), it is hereby **ORDERED** as follows:

1. The Motion is **DENIED WITHOUT PREJUDICE**.

2. The Court shall **STAY** this action pending exhaustion of the grievance process outlined in the Collective Bargaining Agreement.

3. Parties shall submit joint status reports to the Court **on the first day of each month, commencing on September 1, 2026**, to report on the status of the grievance process, including but not limited to the scheduled date for any mediation and the outcome of any completed mediation.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**